# MOATES CUSTOM MILLWORKS, INC.
## Transactions by Payroll Item
### August through October 2005

| Type | Date | Num | Name | Income Subject To Tax | Wage Base | Wage Base (Tips) | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Salary** | | | | | | | | |
| Paycheck | 8/3/2005 | 14268 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 1,057.69 |
| Paycheck | 8/10/2005 | 14292 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 2,115.38 |
| Paycheck | 8/17/2005 | 14306 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 3,173.07 |
| Paycheck | 8/24/2005 | 14332 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 4,230.76 |
| Paycheck | 8/31/2005 | 14349 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 5,288.45 |
| Paycheck | 9/7/2005 | 14370 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 6,346.14 |
| Paycheck | 9/14/2005 | 14390 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 7,403.83 |
| Paycheck | 9/21/2005 | 14443 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 8,461.52 |
| Paycheck | 9/28/2005 | 14459 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 9,519.21 |
| Paycheck | 10/6/2005 | 14480 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 10,576.90 |
| Paycheck | 10/20/2005 | 14500 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 11,634.59 |
| Paycheck | 10/20/2005 | 14507 | Moates, Eddie L | 0.00 | 0.00 | 0.00 | 1,057.69 | 12,692.28 |
| **Total Salary** | | | | 0.00 | 0.00 | 0.00 | 12,692.28 | 12,692.28 |
| **TOTAL** | | | | 0.00 | 0.00 | 0.00 | 12,692.28 | 12,692.28 |