**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No:      05-52112   RLJ   Judge: Robert L. Jones
Case Name:    MOATES, EDWARD LEE

For Period Ending: 03/31/06

Trustee Name:                  DEBORAH J. PENNER
Date Filed (f) or Converted (c): 11/15/05 (f)
341(a) Meeting Date:           12/22/05
Claims Bar Date:               UNDETERMINED

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead | 58,691.00 | 80.00 | | 0.00 | FA |
| 2. Business property at 3230 Oberlin Street | 220,000.00 | 41,191.42 | | 0.00 | 41,191.42 |
| 3. Vacant lot at 3228 Oberlin St. | 6,181.00 | 6,027.31 | | 0.00 | 3,387.31 |
| IRS statutory lien for 2640.00, unpaid property taxes | | | | | |
| 4. Cash on hand | 20.00 | 20.00 | | 0.00 | 20.00 |
| 5. Bank Account--ABC #...65-40 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. Bank Account--First Bank & Trust #...7492 | 6.00 | 0.00 | | 0.00 | 6.00 |
| 7. Bank Account--ABC #...66-92 (corporation) | 0.00 | 200.00 | | 0.00 | 200.00 |
| 8. Bank Account--First Bank & Trust #...4856 | 400.00 | 400.00 | | 0.00 | 400.00 |
| 9. Home furnishings | 2,090.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 11. Golf Clubs | 250.00 | 0.00 | | 0.00 | FA |
| 12. Retirement Annuity | 7,378.91 | 0.00 | | 0.00 | FA |
| 13. 158.824 shares Edward D. Jones stock | 2,350.91 | 2,350.91 | | 0.00 | 2,350.91 |
| 14. Stock in Moates Custom Millworks, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. 2000 Chevrolet Silverado 1500 | 8,185.00 | 0.00 | | 0.00 | FA |
| 16. 1999 Toyota Tacoma Xtra Cab | 4,240.00 | 0.00 | | 0.00 | FA |
| daughter' vehicle | | | | | |
| 17. 1996 Chevrolet 1500 extended cab | 500.00 | 500.00 | | 0.00 | 500.00 |
| 18. Machinery, fixtures, equipment & supplies | 600.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $ 311,142.82     $ 50,769.64          $ 0.00     Gross Value of Remaining Assets  $48,055.64
(Total Dollar Amount in Column 6)

LFORM1

Ver: 10.63a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 05-52112   RLJ   Judge: Robert L. Jones | Trustee Name: | DEBORAH J. PENNER |
| Case Name: | MOATES, EDWARD LEE | Date Filed (f) or Converted (c): | 11/15/05 (f) |
| | | 341(a) Meeting Date: | 12/22/05 |
| | | Claims Bar Date: | UNDETERMINED |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/07    Current Projected Date of Final Report (TFR): 03/31/07

LFORM1    Ver: 10.63a